**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-80 (WLS-TQL-1s) |
| | : | |
| JUSTIN JACOBY JACKSON | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant Justin Lamar Jackson's ("Defendant") Unopposed Motion to Continue Trial in the Interests of Justice. (Doc. 27). Therein, Defendant asks the Court to grant a continuance of his trial from the May 2024 trial term in the Valdosta Division, to the next Valdosta Division trial term. Defendant contends this continuance is warranted to allow Defense counsel to review discovery.

Based on the Defendant's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 27) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division August 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 6th day of May 2024.

                                                                                **/s/ W. Louis Sands**
                                                                                **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**