# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:23-CR-80 (WLS-TQL) |
| JUSTIN LAMAR JACKSON | : |
| Defendant. | : |

## ORDER

Before the Court is Defendant Justin Lamar Jackson's ("Defendant") Motion for Continuance (Doc. 31) ("the Motion"). Therein, Defendant asks the Court to grant a continuance of his trial from the August 2024 trial term in the Valdosta Division, to the next Valdosta Division trial term.

Defendant was indicted on December 13, 2023. (Doc. 1). Defendant's trial was originally set to begin in the March 2024 Valdosta trial term. However, Defendant filed a Motion to Continue Trial (Doc. 23). contending that counsel needed additional time to review discovery and investigate the case. (Doc. 23). The Court granted the Motion and continued the trial to the May 2024 trial term. On May 2, 2024, Defendant filed another Motion to Continue Trial (Doc. 27) contending that counsel again needed additional time to review discovery and investigate the case. The Court granted the Motion and continued the case until the August 2024 trial term.

Now, Defendant asks the Court to continue his trial for a third time, this time contending that counsel needs additional time to investigate the case and locate potential witnesses. If granted, this Motion would mean that Defendant would be tried nearly one (1) year after his indictment. The Court is unpersuaded that such an extension is warranted, given the ample time that Defendant and Defense counsel have had to prepare the case, the multiple continuances the Court has already granted, and the vague justifications Defendant provides for such a continuance; and because Defendant has made no showing that the Court's failure to grant the requested continuance would result in manifest injustice. Accordingly, Defendant's Motion (Doc. 31) is **DENIED-WITHOUT-PREJUDICE**. Defendant's trial,

2

therefore, will be conducted during the Court's August 2024 trial term in the Valdosta Division. The pretrial conference will be noticed in a separate Order.

**SO ORDERED**, this 29th day of May 2024.

                                                   /s/ W. Louis Sands
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**