# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:23-CR-80 (WLS-TQL) |
| JUSTIN LAMAR JACKSON, | : |
| Defendant. | : |

## ORDER

Before the Court is Defendant Justin Lamar Jackson's ("Defendant") Motion to Continue Trial in the Interests of Justice (Doc. 35) ("the Motion"). Therein, Defendant asks the Court to grant a continuance of his trial from the August 2024 trial term in the Valdosta Division, to the next Valdosta Division trial term.

Defendant was indicted on December 13, 2023. (Doc. 1). Defendant's trial was originally set to begin in the March 2024 Valdosta trial term. However, Defendant filed a Motion to Continue Trial (Doc. 23). contending that counsel needed additional time to review discovery and investigate the case. (Doc. 23). The Court granted the Motion and continued the trial to the May 2024 trial term. On May 2, 2024, Defendant filed another Motion to Continue Trial (Doc. 27) contending that counsel again needed additional time to review discovery and investigate the case. The Court granted the Motion and continued the case until the August 2024 trial term. Defendant filed a third Motion to Continue Trial (Doc. 33), which the Court denied without prejudice because Defendant has failed to make a showing that the Courts' failure to grant the requested continuance would result in manifest injustice.

Now, Defendant has filed the instant motion to continue. Therein, Defendant contends that a continuance is warranted because Defense Counsel requested supplemental discovery form the government on June 18, 2024, which resulted in Counsel receiving significant additional discovery on June 28, 2024, which Counsel has yet to review. Additionally, due to illness, Counsel has been unable to review the discovery materials with Defendant.

1

2

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 35) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division November 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Counsel are noticed that no further continuances will be granted except to prevent extreme injustice on grounds not reasonably foreseeable or avoidable to the moving Party.

**SO ORDERED**, this 8th day of July 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**