IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:23-CR-80 (WLS-TQL) |
| JUSTIN LAMAR JACKSON, | : |
| Defendant. | : |

## ORDER

The Court recently noticed a hearing on Defendant's Motion to Suppress (Doc. 37) for December 5, 2024,. There is also a Motion to Dismiss Indictment (Doc. 40) pending. This Order is to clarify that the Court will hear arguments and receive evidence only with respect to Defendant's Motion to Suppress (Doc. 37) at the December 5, 2024 hearing.

**SO ORDERED**, this 21st day of October 2024.

                                                               **/s/ W. Louis Sands**
                                                               **W. LOUIS SANDS, SR. JUDGE**
                                                               **UNITED STATES DISTRICT COURT**