**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-80 (WLS-TQL-1) |
| | : | |
| JUSTIN LAMAR JACKSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

The Court noticed a pretrial conference in the above-captioned case for January 7, 2025. Although the Court did not formally call the case with the other cases noticed for a pretrial conference that day, both Counsel for the Defendant and the Government were present in the instant case. Both announced that the case was ready for trial. Based on these representations, the Court finds that there is no need to call the case for a separate formal pretrial conference, and will schedule the trial to begin in the February 2025 Valdosta Division trial term, unless otherwise ordered by the Court. The precise date that trial will begin will be announced by separate notice or order.

**SO ORDERED**, this 10th day of January 2025.

                                             **/s/ W. Louis Sands**
                                             **W. LOUIS SANDS, SR. JUDGE**
                                             **UNITED STATES DISTRICT COURT**