## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **:** | |
| | **:** | |
| v. | **:** | CASE NO.: 7:23-CR-80 (WLS-ALS-1) |
| | **:** | |
| JUSTIN LAMAR JACKSON, | **:** | |
| | **:** | |
| Defendant. | **:** | |
| | **:** | |

## <u>ORDER</u>

Before the Court is Defendant Justin Lamar Jackson's ("Defendant") Motion in Limine to Exclude All References to Prior Criminal Charges & Convictions (Doc. 59) ("the Motion"). The Government is Ordered to file a Response to the Motion no later than Tuesday, January 28, 2025.

**SO ORDERED**, this 23rd day of January 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1